## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, Edward Galloway, being duly sworn, depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Federal Bureau of Investigation, and have been since 1998. I have investigated federal criminal violations related to violent crime, narcotics, public corruption, and terrorism.  I have received formal training and have participated in search warrants in a variety of investigative matters.  As a federal agent I am authorized to investigate violations of laws of the United States, and I am a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

2.      The statements contained in this affidavit are based upon my investigation, information provided by other agents, law enforcement officers, other personnel specially trained in the investigation of illegal activity, witnesses, and on my experience as a Special Agent of the FBI. Because this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause to believe that evidence of a violation of has occurred.

3.      Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that Leon Prince McKinney and Andre Lemar Rhodes have committed the following offenses:

(1) Conspiracy to commit Bank Robbery in violation of 18 USC § 371;

(2) Bank robbery in violation of 18 U.S.C. § 2113;

(3) brandishing a firearm during and in relation to a crime of violence, in violation of 18 U.S.C. § 924(c)(1)(A)(ii);

(4) felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1).

There is also probable cause to search the information described in Attachment A for evidence of these crimes and contraband or fruits of these crimes, as described in Attachment B. As will be seen in the body of this affidavit, affiant believes that McKinney and Rhodes are using Facebook, including its instant messaging feature, to communicate regarding illegal activity. As is evidenced below, affiant is aware that McKinney and Rhodes are friends on Facebook and reference or "tag" each other in Facebook posts as well as post comments on each other's Facebook "walls." Affiant is aware, based on his training and experience, that Facebook "friends" also often communicate with each other via Facebook's instant messaging feature as well as through Facebook's direct messages. Affiant further submits that the other items to be seized in Attachment B will also relate to the investigation set forth in this affidavit. Affiant has not sought all information in Facebook's possession regarding these users to be disclosed. Instead, affiant has limited this request to information that affiant believes will establish proof of the crimes listed in the affidavit, application and warrant. For example, affiant is seeking permission to seize contact information of the Facebook users. This information will be helpful in establishing the scope of the conspiracy and further will provide proof of the relationship of the individuals named herein. As another example, affiant is seeking videos and photos of the Facebook users. Affiant is aware that individuals frequently post videos and photos to Facebook regarding their activities; such video or photographic depictions may be helpful in assisting law enforcement to prove connections (already known to exist) between the users of these accounts. As a final example, affiant is seeking a list of all "Friends" on Facebook for the user, both

present and past, which would help identify associates of the targets of this investigation. These are but three examples, but affiant submits that all of the items to be seized in Attachment B are supported by the facts contained in this affidavit.

## COMPUTERS AND COMPUTER-RELATED TECHNOLOGY

5.      I have received training in computer crime investigation. I also own a computer and use computers in the course of my work in law enforcement and have personal knowledge regarding the operation of computers. Based on this training, experience, and information provided to me by other law enforcement personnel involved in this investigation, I know the following:

     a.      The Internet is a global network which allows for the sharing of data across computers attached to the network.

     b.      Individual users typically access the Internet through a local Internet Service Provider ("ISP") through a modem or other connection device, such as a cable or Digital Subscriber Line ("DSL"). When accessing the Internet, the ISP will assign each user an Internet Protocol ("IP") address, a unique number used by a computer to access the Internet. IP addresses can be dynamic, meaning that the ISP assigns a different unique number to a computer every time it accesses the Internet. IP addresses can also be static, whereby the user's ISP assigns the computer a unique IP address, and that same number is used by the user every time the computer accesses the Internet.

     c.      Communication via the Internet can take place through many different mediums, like accessing a website, or sending and receiving electronic mail, also known and referred to herein as "e-mail." E-mail is an electronic form of communication which can contain letter-type correspondence and graphic images. E-mail is similar to conventional paper-type mail in that it is addressed from one individual to another.

d.      E-mail messages usually contain a header that gives the screen name, the identity

of the Internet access provider, and the return address on the Internet of the individual

who originated the message or graphic.

e.      Another well-known component of the Internet is the World Wide Web, or the

"Web." The Web is a collection of websites located or stored on different computers

throughout the world. Each website is identified by a unique Uniform Resource Locator

("URL"), which identifies the server on which the website information is stored. Users

access websites by typing the corresponding URL into their web browser.

## TECHNICAL BACKGROUND

6.      Facebook owns and operates a free-access social networking website of the same name

that can be accessed at http://www.facebook.com. Facebook allows its users to establish

accounts with Facebook, and users can then use their accounts to share written news,

photographs, videos, and other information with other Facebook users, and sometimes with the

general public.

a. Facebook asks users to provide basic contact information to Facebook, either during the

registration process or thereafter. This information may include the user's full name, birth

date, contact e-mail addresses, physical address (including city, state, and zip code),

telephone numbers, screen names, websites, and other personal identifiers.

b. Facebook users can select different levels of privacy for the communications and

information associated with their Facebook accounts. By adjusting these privacy settings, a

Facebook user can make information available only to himself or herself, to particular

Facebook users, to all Facebook users, or to anyone with access to the Internet, including

people who are not Facebook users. Facebook accounts also include other account settings

that users can adjust to control, for example, the types of notifications they receive from Facebook.

c. Facebook users may join one or more groups or networks to connect and interact with other users who are members of the same group or network. A Facebook user can also connect directly with individual Facebook users by sending each user a "Friend Request." If the recipient of a "Friend Request" accepts the request, then the two users will become "Friends" for purposes of Facebook and can exchange communications or view information about each other. Each Facebook user's account includes a list of that user's "Friends" and a "News Feed," which highlights information about the user's "Friends," such as profile changes, upcoming events, and birthdays.

d. Facebook users can create profiles that include photographs, lists of personal interests, and other information. Facebook users can also post "status" updates about their whereabouts and actions, as well as links to videos, photographs, articles, and other items available elsewhere on the Internet. Facebook users can also post information about upcoming "events," such as social occasions, by listing the event's time, location, host, and guest list. A particular user's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

e. Facebook has a "Photos" application, where users can upload an unlimited number of albums and photos. Another feature of the Photos application is the ability to "tag" (i.e., label) other Facebook users in a photo or video. When a user is tagged in a photo or video, he or she receives a notification of the tag and a link to see the photo or video. For Facebook's purposes, a user's "Photoprint" includes all photos uploaded by that user that

have not been deleted, as well as all photos uploaded by any user that have that user tagged in them.

f.  Facebook users can exchange private messages on Facebook with other users. These messages, which are similar to e-mail messages, are sent to the recipient's "Inbox" on Facebook, which also stores copies of messages sent by the recipient, as well as other information. Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile.

g.  In addition to the applications described above, Facebook also provides its users with access to thousands of other applications on the Facebook platform. When a Facebook user accesses or uses one of these applications, an update about that the user's access or use of that application may appear on the user's profile page.

h.  Facebook uses the term "Neoprint" to describe an expanded view of a given user profile. The "Neoprint" for a given user can include the following information from the user's profile: friend lists; groups and networks of which the user is a member; "News Feed" information; "Wall" postings; "Notes"; status updates; links to videos, photographs, articles, and other items; event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications.

i.  Facebook also retains Internet Protocol ("IP") logs for a given user ID or IP address. These logs contain information about the actions taken by the user ID or IP address on Facebook, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action. For example, if a user views a Facebook

Case 1:17-mj-00068-SKL   Document 2   Filed 03/30/17   Page 6 of 20   PageID #: 7

profile, that user's IP log would reflect the fact that the user viewed the profile, and would show when and from what IP address the user did so.

j. Social networking providers like Facebook typically retain additional information about their users' accounts, such as information about the length of service (including start date) and the types of service utilized. In some cases, Facebook users may communicate directly with Facebook about issues relating to their account, such as technical problems or complaints from other users. Social networking providers like Facebook typically retain records about such communications, including records of contacts between the user and the provider's support services, as well records of any actions taken by the provider or user as a result of the communications.

Therefore, the computers/servers of Facebook are likely to contain all the material just described, including stored electronic communications and information concerning subscribers and their use of Facebook, such as account access information, transaction information, and account application. Affiant is not seeking all information listed above from Facebook; rather, affiant is limiting the information sought from Facebook to items which would lead to information regarding the above-mentioned violations of federal law.

7.     This affidavit is being submitted in support of an application for a search warrant to search and receive, as limited by this affidavit, the Facebook activities of the following account (also listed in Attachment A):

https://www.facebook.com/profile.php?id=100010102862464, associated with Leon McKinney, also known as "OTMG-Milk"

Case 1:17-mj-00068-SKL   Document 2   Filed 03/30/17   Page 7 of 20   PageID #: 8

8.  This affidavit will show there is probable cause that records and other items related to the violations being investigated (as specifically described in Attachment A, attached hereto and incorporated herein) will be found in the requested Facebook account.

9.  This affidavit is also being submitted in support in support of an application for a search warrant to search McKinney's residence located at: 4803 Ranger Lane in Chattanooga, Tennessee.

## PROBABLE CAUSE

10.  On March 2, 2017, at approximately 3:37 p.m., the First Volunteer Bank (FVB), located at 4757 Highway 58, Chattanooga, Tennessee (TN) 37416, was robbed by one black male subject. FVB is federally insured through the Federal Deposit Insurance Corporation (FDIC).

11.  The unknown subject (unsub) is described as a black male, unknown age, between 5'10" and 6'2" tall, medium or athletic build, wearing blue sweat pants, matching blue sweat shirt possibly covering other layers of clothing, navy blue and white bandana covering his face, black stocking cap, red Adidas sneakers with white trim, dark red or maroon gloves, carrying a black duffel bag, and carrying a black handgun.

12.  Unsub ran into the bank and approached the teller counter while pointing his gun at the tellers. Unsub placed the black duffel bag on the counter and demanded that the tellers, "give me all your money." Unsub ordered one employee from her office at gunpoint to go behind the teller counter and lay on the floor. Unsub had trouble putting the money in the duffel bag and demanded one of the tellers go back to the drive-through area and assist him in putting the money in the bag. The teller had difficulty with the zipper on the duffel bag, and Unsub grabbed it from the teller and attempted to zip it closed himself. Unsub grabbed the black duffel bag placed it on the teller counter and jumped back over the counter and fled on foot towards the

back of the bank. While exiting the side entrance of the bank, money was falling out of the duffel bag as the Unsub was running. The FVB surveillance video shows the subject running into a wooded lot located behind the bank.

13.     On March 3, 2017, at approximately 5:45 p.m., the Millennium Bank (MB), located at 4712 Hixson Pike, Hixson, Tennessee (TN) 37343 was robbed by one black male subject. MB is federally insured through the Federal Deposit Insurance Corporation (FDIC).

14.     The unknown subject (unsub) is described as a black male, unknown age, between 5'10" and 6' tall, medium or athletic build, wearing blue sweat pants, a grey zip up hooded sweatshirt, navy blue and white bandana covering his face, red Adidas sneakers with white trim, burgundy leather driving gloves, carrying a black backpack with a yellow Timberland logo, and carrying a black handgun.

15.     Unsub ran in the bank and approached the teller counter while pointing his gun at the tellers. Unsub jumped up on the teller counter and threw the backpack to the drive-through teller and instructed her to fill it up. The Unsub then instructed the drive-through teller to the ground. The Unsub then gave the backpack to the lobby teller and instructed her to put her money in the bag. The lobby teller complied and was ordered to the ground. The MB Manager exited the restroom, and the Unsub asked if she had a key to the vault to which she replied, "no." The Unsub ordered the MB Manager to the ground. The Unsub fled on foot out the front doors. As the Unsub was leaving he kept instructing the employees not to get up.

16.     On March 6, 2017, Task Force Officer (TFO) Matthew A. Hennessee and Special Agent (SA) Edward D. Galloway went back to the area of the FVB canvassing the area for potential surveillance video. While in a wooded lot located directly behind the FVB, TFO Hennessee observed a black and red Cobra Model CXT565 two-way radio lying on the ground. The radio

did not appear to be weathered and when turned on, had approximately 75% charge remaining. The radio was near a clump of trees just before the edge of Oakwood Road, which runs behind the FVB. TFO Hennessee also recovered a crisp ten dollar bill approximately 50 feet from the radio. Both the two-way radio and the ten dollar bill were photographed and collected as evidence.

17.    On March 7, 2017, TFO Hennessee and SA Galloway went to the Circle K convenience store, formerly known as Kangaroo Express, located at 4849 Hixson Pike, Hixson, Tennessee 37343. TFO Hennessee and SA Galloway were attempting to locate surveillance footage related to the bank robbery of nearby Millennium Bank that occurred on March 3, 2017, at approximately 5:45 PM, as the bank is located close to the Circle K. The Circle K store manager allowed TFO Hennessee and SA Galloway access to the stores surveillance camera system and provided instructions on how to recall previously recorded surveillance footage.

18.    SA Galloway reviewed the Circle K surveillance footage of the early afternoon hours of March 3, 2017.  On the video at approximately 4:10 pm (approximately an hour and a half before the Millenium Bank robbery), a black male entering the Circle K fitting the description of the bank robbery subject. The subject that entered the Circle K was wearing the same clothes as the subject that robbed the Millennium Bank at 5:45 pm on the same date. However, the subject did not have anything covering his face or head while in the Circle K convenience store. Additionally, the subject was observed exiting the passenger side of a red Cadillac STS, approximately 2008 through 2012 model, at the front entrance of the Circle K. The driver of the red Cadillac STS also entered the Circle K and conducted a transaction at the cash register.

19.    On March 10, 2017, FBI sent surveillance photos from the Circle K convenience store to CPD sworn personnel as well as Chattanooga Federal Probation Officers. On March 13, 2017,

TFO Hennessee was contacted by Federal Probation Officer Reshard Montgomery who advised that he might know the identity of one of the subjects in the pictures.

20.    On March 22, 2017, Task Force Officers Hennessee and Winbush responded to the United States Probation Office located at 900 Georgia Avenue to follow up on the aforementioned lead. Upon arrival contact was made with Federal Probation Officers Doug Corn and Reshard Montgomery. Officer Montgomery specified that the heftier, full bearded black male wearing the hat in the convenience store surveillance footage (who was the driver of the red Cadillac sedan) was the individual that he recognized. He advised that due to the body build and the placements of tattoos he believed the individual was Leon Prince McKinney whose residence is located at 4803 Ranger Lane in Chattanooga, Tennessee. Officer Montgomery advised that Mr. McKinney did not have a job at this time and lived at home with his mother Nellie L. McKinney. He went on to say that Mr. McKinney was a member of the criminal street gang known as the Gangster Disciples and went by the moniker "Milk."

21.    Using the information provided by federal probation, a brief investigation into possible social (public) media accounts belonging Leon Prince McKinney was conducted. This investigation revealed that McKinney possesses a Facebook profile with the screen (user) name of "Otmg Milk," web address (url) https://www.facebook.com/profile.php?id=100010102862464. Mr. McKinney was also found to possess an Instagram profile with the screen (user) name of "@otmg_milkman," web address (url) https://www.instagram.com/otmg_milkman/?hl=en. While examining the public content contained on the aforementioned Facebook profile, Task Force Officers discovered a photo of interest which was posted on Monday, March 13, 2017, at 3:28 pm. The image was a "selfie" type photo of Leon Prince McKinney who was observed wearing a burgundy/maroon hat with a

gold circular emblem in the center. The hat appeared to be the same hat that the driver in the 4849 Hixson Pike Circle K surveillance video was wearing on March 3, 2017. Additionally, in the photo McKinney was observed to have a full beard and a face tattoo near his eye, matching the same marks as the individual in the convenience store footage. Furthermore, Leon Prince McKinney was seen in several photos with what appeared to be a small coin wallet attached to his belt loop; this accessory was also worn by individual at the Circle K who Federal Probation identified as Mr. McKinney.

22.     Task Force Officers also located a shared live video from Monday, March 6, 2017, at 8:11 pm on McKinney's Facebook profile. The video was originally posted by the user account "Dominique Lattimore," who was later identified as McKinney's girlfriend; web address (url) https://www.facebook.com/deedee.lattimore.7/videos/vb.1319563828/10212420082840020/?type=3&theater. In the above mentioned video, which was posted three days after the March 3rd robbery of the Millennium Bank, Mr. McKinney was seen throwing a large amount of cash. During the 13 minute 16 second video he continuously removed money bands from stacks of cash (bills) and threw it on the ground. Affiant is aware that banks use similar (if not the same) money bands to secure their money. The video appeared to have been filmed in a residential space as there was a glass coffee table, orange carpet, and brick pillars in the background.

23.     After examining the content contained on the previously mentioned Instagram account, several photos and videos were located of Leon McKinney posing with and throwing large sums of cash (bills). Specifically a photo posted on February 21, 2017, pictured Mr. McKinney wearing the same exact outfit as he was wearing in the Circle K video on March 3, 2017. His attire in the Instagram photo included the burgundy/maroon hat, a black graphic t-shirt with the word "Cash" and a photo of the famous musician Johnny Cash, as well as red colored low top

Vans brand sneakers. In addition on March 3, 2017, the day of the Millennium Bank robbery, he was seen in a video holding a large stack of cash (bills) while "taunting" the camera. A photo was found from March 6, 2017, that showed Mr. McKinney sitting in a pile of cash money (bills) and holding more bills. The photo appeared to have the same background as the video that was located on his Facebook profile and was posted the same day. Several photos and video were also found of him posing in front of and riding in what appeared to be a red Cadillac sedan. The Cadillac appeared to be the one driven by Mr. McKinney and the bank robbery suspect on March 3, 2017, at the Circle K located at 4849 Hixson Pike. A more thorough inspection revealed that there was a single black male with him in all of the photos and videos containing the red Cadillac sedan. In one of the videos posted on December 9, 2016, the black male was driving the Cadillac which led Task Force Officers to believe he might be the owner of the vehicle. This individual appeared to match the same body build of the suspect in the bank robbery of both the FVB located at 4757 Highway 58 March 2, 2017, and the Millennium Bank located at 4712 Hixson Pike on March 3, 2017.

24.    After carefully examining Leon McKinney's friends list on his social media accounts the above-mentioned associate was found to possess social media accounts as well on both Facebook and Instagram. His Facebook was "Otmg Kowe" web address (url) https://www.facebook.com/profile.php?id=100008499525689 and his Instagram was "@otmg_kowe" web address (url) https://www.instagram.com/otmg_kowe/?hl=en.

25.    While browsing the public content contained within Facebook profile "Otmg Kowe" it was found that the mother of the unidentified male was possibly Priscilla Birdsong, a resident of the Atlanta Metropolitan Area. Utilizing several law enforcement tools a link was made to Birdsong and a male by the name of Andre Lemar Rhodes, whose residence is listed as 3857 SW

ADAMSVILLE DR ATLANTA, GA 30331. At that time FBI contacted Officer Michael T. Jones with the Atlanta Police Department. FBI gave Officer Jones the name and date of birth for Mr. Rhodes in order to locate a driver's license photo to compare with the individual known was "Otmg Kowe." Officer Jones was able to locate a Georgia issued driver's license, valid 3/1/2017, for Andre Lemar Rhodes. The photo on file with the Georgia Department of Driver Services for Andre Lemar Rhodes matched and was positively identified as the individual known through Facebook and Instagram as "Otmg Kowe." Furthermore, Officer Michael T. Jones advised and provided proof that he received a state record notification that Andre Lemar Rhodes was currently on federal probation in the State of Georgia. The notification specifically stated that any contact with or inquiry about Mr. Rhodes should be communicated to the "US Probation Office Northern District of Georgia 404-215-1950."

26.     With the information obtained on Andre Lemar Rhodes, Task Force Officers began searching for any vehicles possibly owned or registered to him. They found a 2010 red Cadillac STS registered in Rhodes's name in the state Georgia. The vehicle was registered to the same address listed on his driver's license and on file with United States probation. Furthermore, the vehicle was confirmed to be the same make, model, and color of the vehicle seen at the Circle K in Chattanooga, Tennessee.

27.     As a result of these findings an additional review of the convenience store footage was conducted. FBI made a positive identification that Leon Prince McKinney and Andre Lemar Rhodes were in fact the two individuals that arrived at the Circle K located at 4849 Hixson Pike Chattanooga, Tennessee 37343 on March 3, 2017. An official NCIC inquiry was also made on this date into the criminal history of Andre Lemar Rhodes.

27.    On March 23, 2017, FBI Knoxville was contacted by United States Probation Officer Dang Ly, from the Atlanta Probation office, who received an alert that someone had inquired into the criminal history of Rhodes. Officer Ly advised that he was the current probation officer of Rhodes. He further advised that Andre Lemar Rhodes is currently on federal probation for an armed bank robbery conviction.

28.    FBI sent reservation requests which were granted by www.facebook.com/records for the conservation of both the Facebook and Instagram accounts of Leon McKinney and Andre Rhodes.

29.    On March 24, 2017, TFO Hennessee met with United States Probation Officer Reshard Montgomery. Officer Montgomery reviewed the photos and videos obtained from Leon McKinney's social media accounts that showed him in possession of large sums of cash (bills). He was able to confirm that several of the photos and videos posted by McKinney were taken in the basement of his residence located at 4803 Ranger Lane Chattanooga, Tennessee 37416. Officer Montgomery was able to identify several features of the residence from prior visits to the home.

## CONCLUSION

30.    Your Affiant has probable cause to believe that Facebook, 1601 Willow Road, Menlo Park, California 94025, maintains evidence of violations of Title 18 U.S.C. §§ 371, 2113, 924(c), and 922(g)(1).  Therefore, I respectfully request that the attached warrant be issued authorizing the search and seizure of the following items (also listed in Attachment B):

I.    Information to be disclosed by Facebook

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook Inc. ("Facebook"), including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each user ID listed in Attachment A and stored on the account from February 21, 2017, to March 29, 2017:

(a)    All contact and personal identifying information, including full name(s), user identification number, birth date, gender, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers and screen names.

(b)    All activity logs for the account and all other documents showing the user's posts and other Facebook activities as described above;

(c)    All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them;

(d)    All profile information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; past event postings; rejected "Friend" requests; comments;

(e)    All other records of communications and messages made or received by the user, including all private messages, chat history, video calling history, and pending "Friend" requests;

(f)    All "check ins" and other location information;

Case 1:17-mj-00068-SKL   Document 2   Filed 03/30/17   Page 16 of 20   PageID #: 17

(g)     All records and logs of the IP addresses that logged into the account;

(h)     All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

(i)     The URL and User ID for the Facebook pages that the account is or was a "fan" of;

(j)     All past and present lists of friends created by the account and the dates that the friends were added;

(k)     All records of Facebook searches performed by the account;

(l)     The length of service (including start date);

(m)     All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account.

II.     Information to be seized by the government from the information provided by Facebook:

All information described above in Section I that constitutes fruits, evidence, and instrumentalities of violations of Title 18, United States Code, Sections 371, 2113, 924(c), and 922(g)(1) involving Leon P. McKinney including, for each user ID identified on Attachment A, information pertaining to the following matters:

(a)     The planning and execution of the bank robberies as described herein including the whereabouts of the proceeds from the robberies and the tools (radios, guns, masks, etc.) used in the robberies.

(b)     Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological context of account access, use, and events relating to the crime under investigation as they pertain to the Facebook account owner;

(c)     The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

(d)     The identity of the person(s) who communicated with the account holder regarding the aforementioned crimes.

31.     Should the Facebook subscribers learn of these warrants and investigation, the subjects of this investigation may likely destroy or tamper with evidence of their criminal activity and/or flee from prosecution, and/or otherwise jeopardize the investigation. Pursuant to Title, 18 U.S.C.

§ 2705, I request the Court order Facebook not to notify any other person of the existence of these warrants for the next 30 days.

32.     Furthermore, Your Affiant has probable cause to believe that there is evidence of violations of Title 18 U.S.C. §§ 371, 2113, 924(c), and 922(g)(1) at the defendant's residence located at 4803 Ranger Lane in Chattanooga, Tennessee, and your affiant seeks a warrant authorizing the search of this residence for proof of those offenses (also listed in Attachment B) including: Items pertaining to the crime of bank robbery and firearms crimes, including money, receipts, bank bands, clothing, masks, body armor, bank records, two way radios, firearms, gun cases, ammunition, ammunition magazines, holsters, spare parts for firearms, firearms cleaning equipment, photographs of firearms or of persons in possession of firearms or money, and receipts for the purchase and/or repair of all these items.


_____
Edward Galloway
FBI Special Agent


Subscribed and sworn before
me this 30th day of March, 2017,

_____
Susan K. Lee
United States Magistrate Judge

## ATTACHMENT A

### PLACE TO BE SEARCHED

Residence of Leon P. McKinney located at: 4803 Ranger Lane in Chattanooga, Tennessee.

## ATTACHMENT B

### Particular Things to be Seized

Items pertaining to the crime of bank robbery and firearms crimes, including money, receipts, bank bands, clothing, masks, body armor, bank records, two way radios, firearms, gun cases, ammunition, ammunition magazines, holsters, spare parts for firearms, firearms cleaning equipment, photographs of firearms or of persons in possession of firearms, and receipts for the purchase and/or repair of all these items.